UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
THE NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS,

                    Plaintiff,

          -against-                                  13-8042 (LAK)

PLATINUM BUILDING SERVICES, INC.,

                    Defendant.
------------------------------------x

                                  **ORDER**

LEWIS A. KAPLAN, *District Judge.*

        Plaintiff's motion for a default judgment [DI 5] is granted, substantially for the reasons stated in the report and recommendation of Magistrate Judge Michael H. Dolinger to which no objections have been filed. The Clerk shall enter judgment accordingly and close the case.

        SO ORDERED.

Dated:        April 21, 2014

                                            Lewis A. Kaplan
                                     United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/22/14